Welcome to the Official Site of the Illinois Courts



 











 
 
 
  
 
 
 
 Your browser does not support script
 
 
 
 
 Loading
 
 
 
 



 

 


 
 
 
 
 
 
 
 
 
 
 



 
 
 
 
 
 




 
 
 
 Quick Links
 
    Results of 2015 Circuit Court User Survey
    Chief Justice Rita B. Garman - Supreme Court 2016 Budget Testimony
 
    Chief Justice Rita B. Garman - Video to Illinois Problem-Solving Courts
 Supreme Court
 
 Opinions
 Docket
 Anticipated Opinions
 Orders and Announcements
 Leave to Appeal Dispositions
 Rules
 Oral Argument Calendars
 Oral Argument Audio & Video
 Judicial Events
 Special Matters Before the Court
 Supreme Court Electronic Filing Service
 Extended Media Coverage
 Annual Report of the Illinois Courts
 E-Pay Law License Fee
 
 
 
 Appellate Court
 
 Opinions
 Rule 23 Orders
 Oral Argument Calendars
 Oral Argument Audio
 

 Circuit Court
 
 Chief Judges & Administrative Staff
 Judges & Associate Judges
 Associate Judge 2015 Reappointment Forms
 
 
 Employment Opportunities
 Legal Community 


 Supreme Court Rules Committee Public Hearings
 Illinois Pattern Jury Instructions-Civil - 400.04 - revised September 2015
 Illinois Pattern Jury Instructions-Criminal - 5.12, 5.13, 5.14, 5.15, 13.39, 13.39A, 13.40, 13.40A & 13.42 - approved October 30, 2015 
 Bar Admission Ceremonies 
 Illinois Code of Judicial Conduct
 Illinois Rules of Evidence
 Illinois Rules of Professional Conduct of 2010 
 Illinois Supreme Court Historic Preservation Commission 
 Minimum Continuing Legal Education Board (MCLE)
 Commission on Professionalism 
 Attorney Registration Information (ARDC site)
 Rules of Procedure for the Board of Admission to the Bar and the Committee on Character and Fitness (Illinois Board of Admissions to the Bar site)
 Bar Exam & Admission (Illinois Board of Admissions to the Bar site)
 Resolution Systems Institute (RSI site) 
 Pro Bono Attorney Information (Illinois Pro Bono site) 
 Standard Interrogatories (Illinois State Bar Association site) 
 Lawyers' Assistance Program (Lawyers' Assistance site) 
 Lawyers Trust Fund (Lawyers Trust Fund of Illinois site) 
 List Services Available 
 


 

 Latest News
 
 





 
 

Chief Justice Rita B. Garman 
welcomes you to the
Illinois Courts Website
(Video Message)

 








 Illinois & U.S. Judiciaries
 
 
 
 
 
 
 
 Illinois Court System
 United States Websites 
 
 
  



 Judicial Links & Research


 Illinois Circuit Courts
 Bar & Miscellaneous Associations
 Law Schools in Illinois
 State of Illinois Websites
 U.S. Government Websites
 State University Websites
 Legal Research
 Illinois Amber Alert 
 National Center for Missing & Exploited Children
 

 

Notifications and Services


 
 
 
 
 
 Illinois Courts Twitter Feed: 
 
List Mail Services Page: 
 
 Translate this page into    
 
 
 
 
 Make the Illinois Courts your homepage
 
 


 E-Business Online Services



 
 
 ELECTRONIC
 
 
 FILING
 
 
 
 E-GUILTY - 
 PLEAD & PAY 
 
 YOUR TRAFFIC TICKET 
 
 
 
 
 
  
 
 Access to Justice


 
 



Citizen Self-Help


 Supreme Court Policy on Access for Persons with Disabilities (Supreme Court only) 
 Petit Juror Handbook
 Grand Juror Handbook
 Consumers' Guide to Legal Help (American Bar Association site) 
 Find 
 an Illinois Attorney (Illinois Lawyer Finder site)
 A Guide to Illinois Civil Appellate Procedure for Self-Represented Litigants
 Illinois 
 Child Support Information (Illinois Child Support site)
 Has my 
 Attorney been disciplined? (ARDC Site)
 Can't Afford a Lawyer? (Illinois Legal Aid site) 
 Becoming an Adult:  Legal Rights & Responsibilities at Age 18 (Illinois Lawyer Finder site)
 Parents Guide to Juvenile Court Abuse & Neglect Proceedings (Illinois Lawyer Finder site)
 Laws Protecting Military Personnel (Illinois Lawyer Finder site) 
 



 
 
Education


 
 The Third Branch - A Chronicle of the Illinois Supreme Court
 Judicial Education
 Student Learning Center
 About the Courts in Illinois
 Judicial Speakers Bureau
 How Cases Proceed Thru the Courts
 How the Courts are Funded
 U.S. Constitution (Legislative Reference Bureau) 
 Illinois Constitution (Legislative Reference Bureau) 
 Understanding the Illinois Constitution (Illinois State Bar Association site)
 Law Day Information (Illinois State Bar Association site) 
 Mock Trial Resources for Teachers (Illinois State Bar Association site)
 
  
 






State of Illinois |
Privacy Notice | Endorsement Notice | Webmaster












 










Your browser does not support script